**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

JAN 2 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rickie J. Damato

_____,

Plaintiff(s),

1:16-cv-1060
Judge Robert M. Dow, Jr
Magistrate Judge Mary M. Rowland

vs.

Human Resources Management
COOK COUNTY Medical EXAMINER
Cook County, Ill 60.608
all involved, and Concerned
Cook County     Defendant(s).  ILLINOIS
60608

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is  Rickie J Damato .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _COOK COUNTy Medical ExAmiNeR_ , is
(name, badge number if known)

*illinois 60608*

☒ an officer or official employed by _COOK COUNty medical_ ;
(department or agency of government)

_ExAmiNeR of illinois 60608_ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is _COOKCOUNty medical ExAmiNeR_ As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _3 : 00_ ☐ a.m. ☒ p.m.
(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of _COOK_

_federal Building_ , in the County of _Cook County_

State of Illinois, at _230 S. DeaRBORN. Chicago, Illinois_
(identify location as precisely as possible)

_60608_

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: _SeNsORy iNtegRagated DysFunctioNal_
_aggRavated my Health and Well Being with_
_internal SonaR presences probeng Satelite_
_aggRavation. 2 By internal SonaR presences_
_undetected unnoticed aggRavation By Satelite_

7.   Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): Cook County Medical Examiner

of Illinois. public awareness and to Alert

use of these career criminals operating

inside Cook county Jail Dept of Collections.

8.   Plaintiff was charged with one or more crimes, specifically:

plaintiff was charged (No), Did No wrong

Not a criminal at all.  a Camera IN Bull pen

(2) a Maywood Bull Hod me on camera Couldnt

do Nothing But Bump into other IN mates Cant see

Nothing Lost Eye Sight and paramedics were

Called To a Holding Sell Bull PEN Camera presences

9.   (*Place an X in the box that applies. If none applies, you may describe the criminal*
*proceedings under "Other"*)  The criminal proceedings

☐   are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒   Plaintiff was found guilty of one or more charges because defendant deprived me of a

Cook County Correctional

fair trial as follows  I WAS INNOcent Setup (3) Times

for No Reason at all By the Elmwood park police

☒ Other: Department with this unnoticeable.

internal Sonar presences. in my Body I ure active

IN Cook County Jail I Filed Grievances To Alert Jail

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.  accurate Complaint
Numbers.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ 1-19-2016 _____

11. Defendant acted knowingly, intentionally, willfully and maliciously. To Cause Harm deliBerotely and Death INtentioNAlly they Never even got

12. As a result of defendant's conduct, plaintiff was injured as follows: IN touch with this doctor my phone or otherwise. Health aggravated SeveRal victs to area Hospitals Documented wRongfully in wRiteing on Record and mis diggnosed and prognosd IN wRiteing delibCrately purposely Causeing Harm.

13. Plaintiff asks that the case be tried by a jury.  ☒ Yes      ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Rickie J. Damato 1-19-2016*

Plaintiff's name *(print clearly or type)*: *Rickie J. Damato*

Plaintiff's mailing address: *2111 N. 75th Ave*

City *Elmwood Park* State *Ill* ZIP *60707*

Plaintiff's telephone number: ( ) *N/A*.

Plaintiff's email address *(if you prefer to be contacted by email)*: *NONE*

*NONE N/A*

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5